EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

LODGED
MAR 15 2004
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LEONTI, <br><br> Defendant. | CR. NO. 96-00811 HG <br> CIV. NO 00-00498 LEK HG <br><br> STIPULATION TO DISMISS WITH PREJUDICE |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATION AND AGREED, by and between defendant David Leonti, and his counsel and the United States of America, by and through the United States Attorney for the District of Hawaii, that the defendant's motion under 28 U.S.C. § 2255 filed July 19, 2000, is dismissed with prejudice and that defendant's motion for a Sua Sponte Rule 35 Reduction of Defendant's Sentence filed September 23, 2003 is dismissed with prejudice.

DATED: *March 10, 2004*, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By *T. Muehleck    9 March 04*
THOMAS MUEHLECK
Assistant U.S. Attorney

*[signature]*
DAVID LEONTI, Defendant

*[signature]*
BROOK HART
   Attorney for DAVID LEONTI

APPROVED AND SO ORDERED this 15 day of March, 2004, at Honolulu, Hawaii.

HELEN GILLMOR
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. David Leonti
Cr. No. 96-00811 HG
Civ. No. 00-00498 LEK HG
Stipulation to Dismiss with Prejudice

2